**Sylvia Binder KEMPER, Petitioner,**

v.

**IMMIGRATION AND NATURALIZA-TION SERVICE, Respondent.**

**No. 83–7074.**

United States Court of Appeals, Ninth Circuit.

May 11, 1983.

Beverly Phillips, I.N.S., San Francisco, Cal., Lawrence Lippe, Washington, D.C., George C. Stoll, Asst. U.S. Atty., San Francisco, Cal., William B. Odencrantz, San Pedro, Cal., Margaret Perry, Dept. of Justice, Washington, D.C., for respondent.

Donald L. Ungar, Simmons & Ungar, San Francisco, Cal., for petitioner.

**ORDER**

Before WRIGHT, FLETCHER and CAN-BY, Circuit Judges.

Respondent's motion to dismiss the petition for review is granted. The Board of Immigration Appeals' denial of a motion to stay deportation pending a ruling on a motion to reopen is an interim order not reviewable by this court under 8 U.S.C. § 1105a. *Reyes v. INS,* 571 F.2d 505 (9th Cir.1978); *Ruiz-Mancilla v. INS,* 571 F.2d 510 (9th Cir.1978); *accord Diaz-Salazar v. INS,* 700 F.2d 1156 (7th Cir.1983). The petition is dismissed. Petitioner may seek appropriate relief in district court. *See* 8 U.S.C. §§ 1105a(a)(9); 1329.

Petitioner's motion for leave to amend the petition is denied without prejudice to petitioner filing a new petition for review of the Board of Immigration Appeals' denial of her motion to reopen.

This order will be published.